JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-1884-GW-RAOx | Date | August 21, 2023 |
|---|---|---|---|
| Title | *Douglas B. Croxall, et al. v. M2B Funding Corp., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Wil Wilcox | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Timothy J. Gorry | Peter R. Ginsberg |
| | Randolf W. Katz |

**PROCEEDINGS:** COUNTER-DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COUNTERCLAIMS FILED BY M2B FUNDING CORP. AND ODIN ASSOCIATES, LLC PURSUANT TO FED. R. CIV. P. 12(B)(6) [30]

The Court's Tentative Ruling on Counter-Defendant's Motion [30] was issued on August 18, 2023 [38]. Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. The Court incorporates by reference the contents of its ruling on the companion Rule 12(b)(6) motion filed in the *M2B Action*, in conjunction with the foregoing additional comments pertaining to this particular action. For the same reasons as addressed in the *M2B Action*, the First Amended Counterclaims, and each of the counterclaims contained therein, are dismissed without leave to amend.

| | : | 04 |
|---|---|---|
| | Initials of Preparer | JG |